**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br> Wafa Murad,<br><br>              Defendant. | CASE NO. 21CR2701-TWR<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(ii); 18:2 - Bringing in Aliens for Financial Gain;

Aiding and Abetting; 8:1324(a)(2)(B)(iii) - Bringing in Aliens Without

Presentation

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/27/2024

                           Hon. Todd W. Robinson
                           U.S. District Judge